UNITED STATES BANKRUPTCY COURT
Northern District of California
Oakland
_____

In Re: Nema Lintag                                  Case No.  13-42844
       3203                                         Chapter:  13
_____

**NOTICE AND REQUEST FOR ALL NOTICES**
_____

Snap-on Credit LLC formerly known as Snap-on Credit Corporation, a creditor and party in interest, hereby enters its Notice of Request for All Notices in this case and requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002, be given to it at the following address:

        Snap-on Credit LLC
        950 Technology Way, Ste 301
        Libertyville, IL 60048

Dated:    May 24, 2013

        SNAP-ON CREDIT LLC

        /s/ Liza Tressler

        Liza Tressler, Paralegal
        Snap-on Credit LLC