PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-42844 WJL** |
| **NEMA FLORES LINTAG,** | **Chapter 13** |
| **Debtor.** | **NOTICE OF THIRD AMENDED CHAPTER 13 PLAN AND** |
| _____/ | **DEADLINE TO FILE OBJECTION** |

**NOTICE IS HEREBY GIVEN** that Nema Flores Lintag, debtor herein, has amended her Chapter 13 Plan. A copy of the Plan is attached hereto. Any objections to the Plan must be filed with the Court and received by the undersigned at One Kaiser Plaza, Suite 480, Oakland, California 94612 on or before September 18, 2013. Failure to object may result in the confirmation of the Plan.

Dated: August 28, 2013

                                    /s/ Patrick L. Forte
                                    PATRICK L. FORTE
                                    Attorney for Debtor

Case: 13-42844   Doc# 26   Filed: 09/03/13   Entered: 09/03/13 10:27:08   Page 1 of 1