Entered on Docket
June 26, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

The following constitutes the order of the court.
Signed June 26, 2014



_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 13-42844 WJL |
| **NEMA FLORES LINTAG,** | Chapter 13 |
| Debtor. | **ORDER APPROVING LOAN MODIFICATION** |

The Court having considered the Debtor'S Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo Home Mortgage on the real property located at 5436 Saddleback Court, El Sobrante, CA 94803, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Wells Fargo |
|   | Home Preservation Processing |
| 3 | Mail Code T7408-016 |
|   | 4101 Wiseman Blvd. |
| 4 | San Antonio, TX 78251 |